**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re: _____Dennis W. Shelters, Jr._____     **CHAPTER 13 PLAN/PRE-**
                                             **CONFIRMATION ADEQUATE**
_____Pamela S. Shelters_____                 **PROTECTION STATEMENT PER**
                                             **STANDING ORDER**

(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used, they shall read as if in plural.)

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the **debtor's employer (husband) shall pay** to the trustee the sum of **$377.37 bi-weekly** or $817 per month for a period of **60 months**.

2. From the payments so received, the trustee shall make disbursements as follows:

   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507. (taxes - Federal, State, Sales)

   New York State _____  $ _____28_____
   _____   $ _____
   _____   $ _____
   Trustee _____   $ _____74_____
   Scott F. Humble, Esq. _____  $ _____19_____
   Interest at 11% _____  $ _____7_____

   \* Please note: The amount listed here is the monthly payment **not** the total payment. To get the total payment, multiply the monthly payment by the total number of months.

   (b) extent determined by this court at the confirmation hearing pursuant to §§506 and 1322(b)(2) securing such claims to that extent and shall be paid as follows: (ie. mortgage arrears, automobile, etc.).

   I.   America's Servicing (mortgage arrears)(hereafter creditor "I")     $ ____333____
        Interest for Creditor I paid at  11  %  Cram Down:  No             $ ____83_____

   II.  Americredit ('03 Pontiac)         (hereafter creditor "II")        $ ____203____
        Interest for Creditor II paid at  11  %  Cram Down:  No            $ ____51_____

   III. L&RMC ('99 Dodge)                 (hereafter creditor "III")       $ ____10_____
        Interest for Creditor III paid at 11  %  Cram Down:  No            $ ____3_____

   c) Subsequent to – pro rata with dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

   Balance to be paid to unsecured creditors [ 5% of original ]     $ _____6_____
                                       Interest at 9%  $ _____

   d) Proposed adequate protection shall be paid by the Chapter 13 Trustee as follows, and when available:

   Creditor I: $_____ per mo.   Creditor II: $___254___ per mo.   Creditor III: $_13__ per mo.
   (FMV of vehicle divided by term of plan ☐ or ☐ anticipated claim divided by term of plan.)

   e) Assets to be surrendered: (None – Unless indicated below.)
   _____

   f) Debtor(s) elect to: _X__NA (___ Assume) or (___Reject) the lease with the following creditor:_____.

   g) The debtor hereby moves to extend all §362 protection.
   h) Creditor, _____, stipulated to $_____ (FMV) to be paid through the plan.
   i) ____ 2nd Mortgage subject to 506/POND
      ____ 3rd Mortgage subject to 506/POND

Chapter 13 Trustee:
Albert J. Mogavero, Esq.
The Dun Building
110 Pearl Street, 6th Floor
Buffalo, New York 14202

# United States Bankruptcy Court
## Western District of New York

In re: Dennis W. Shelters, Jr.
Pamela S. Shelters
Debtor(s)

Case No.
Chapter 13

## CHAPTER 13 PLAN
(Signature Page)

Date 3/11/08    Signature: *[signed]* Dennis W. Shelters, Jr., Debtor

Date 3/11/08    Signature: *[signed]* Pamela S. Shelters, Joint Debtor