# PREMIERE
## Asset<sup>S</sup><sub>M</sub> Services

8480 Stagecoach Circle  Frederick MD 21701
www.premierereo.com

## INVOICE FOR BPO

**To:**

> WELLS FARGO HOME
> MORTGAGE INC.

**From:**

> **Premiere Asset Services**
> 8480 Stagecoach Circle
> Frederick, MD 21701-4747

**Borrower Info:**

| | |
|---|---|
| Bldg Number | 120 |
| Street Name | Ivory St |
| City | Frewsburg |
| State | NY |
| Zip | 14738 |
| Loan # | 1100147786-106 |

**Date Ordered:**
**Date Submitted:** 10/30/06

**Invoice Amount: $ 95.00**

# PREMIERE
## Asset℠ Services

8480 Stagecoach Circle   Frederick MD 21701
www.premierereo.com

## INVOICE FOR BPO

**To:**

> WELLS FARGO HOME
> MORTGAGE INC.

**From:**

> **Premiere Asset Services**
> 8480 Stagecoach Circle
> Frederick, MD 21701-4747

**Borrower Info:**

| | |
|---|---|
| Bldg Number | 120 |
| Street Name | Ivory St |
| City | Frewsburg |
| State | NY |
| Zip | 14738 |
| Loan # | 1100147786-106 |

**Date Ordered:**
**Date Submitted:** 4/27/07

**Invoice Amount: $ 95.00**

# PREMIERE
## Asset<sub>SM</sub> Services

8480 Stagecoach Circle   Frederick MD 21701
www.premierereo.com

## INVOICE FOR BPO

**To:**

WELLS FARGO HOME
MORTGAGE INC.

**From:**

Premiere Asset Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

**Borrower Info:**

| | |
|---|---|
| **Bldg Number** | 120 |
| **Street Name** | Ivory St |
| **City** | Frewsburg |
| **State** | NY |
| **Zip** | 14738 |
| **Loan #** | 1100147786-106 |

**Date Ordered:**
**Date Submitted:** 2/28/08

**Invoice Amount: $ 95.00**